IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:00CR83 |
| Plaintiffs, | |
| vs. | JUDGMENT |
| JAMES G. ALLEE, | |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date,

1. A Judgment of dismissal is entered in favor of the United States and against petitioner, James G. Allee.

2. This action for relief under 28 U.S.C. § 2255 is dismissed.

Dated this 28th day of March, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge