IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JAMES G. ALLEE,<br><br>　　　　　Defendant. | 8:00CR83<br><br>**ORDER** |

This matter is before the Court sua sponte. On February 12, 2025, the Court gave the defendant 60 days to address the exhaustion issue related to his request for compassionate release. Filing No. 382. On February 13, 2025, Counsel for the defendant entered her appearance. Filing No. 383. However, nothing has been filed, and the 60 days has elapsed.

ACCORDINGLY, THE COURT HEREBY ORDERS Counsel, Jennifer Gilg, to respond to the Court within 7 days of this Order, or the case will be subject to dismissal.

Dated this 25th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge