IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:00CR83 |
| vs. | |
| JAMES ALLEE, | ORDER |
| Defendant. | |

This matter is before the Court sua sponte. The Court previously filed an Order in this matter staying all briefing deadlines, pending the outcome of the *Crandall II* case in the Eighth Circuit. Filing No. 395. The United States has filed a status report, as of today, Filing No. 396, indicating that there are now two cases before the United States Supreme Court addressing the same issues as raised by the defendant in this case, *Carter v. United States*, S. Ct. No. 24-860, and *Rutherford v. United States*, S. Ct. 24-820, and by the *Crandall II* case in the Eighth Circuit. Upon review, this Court finds that it will stay this case and hold all motions in abeyance until such time as the Supreme Court decides *Carter v. United States*, S. Ct. No. 24-860, and *Rutherford v. United States*, S. Ct. 24-820.

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge